United States District Court
Southern District of Texas
**ENTERED**
November 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-16-CR-17 (1) |
| § | |
| DEADRIAN QUINCY MORRISON § | |

### ORDER OF DETENTION PENDING TRIAL

On November 17, 2016, this Court conducted a Hearing on the Government's Motion to Detain **Deadrian Quincy Morrison**, a co-Defendant in the above-styled and numbered cause. The Government appeared by attorney and announced ready; the Defendant appeared in person and by Court-appointed counsel and announced ready. The Government offered the testimony of F.B.I Agent Aaron Arizimdi; **Morrison** proffered evidence in support of his request for bond. The Court also made the Pretrial Services report, which recommended detention, a part of the record. Having now considered all of the evidence the Court issues the following findings of facts and conclusions of law:

1. That by virtue of the Indictment there is probable cause to believe that **Morrison** committed the offenses of conspiracy to commit sex trafficking of minor females and sex trafficking of minor females in violation of 18 U.S.C. §§ 1594(c), 1591(a)(2), (b)(1) and (b)(2).

2. that by virtue of the foregoing finding a rebuttable presumption was created in favor of **Morrison's** detention, 18 U.S.C. § 3142(e)(3)(E);

3.     that the strength of the Government's case against **Morrison** is substantial given the minor victims statements that **Morrison** was involved in the prostitution conspiracy; **Morrison**'s admissions that he was involved in the conspiracy to recruit at least six minor females into prostitution to gain financial benefits; the conspiracy involved assisting the minors in posting advertisements for prostitution on Backpage, renting motel rooms for the purpose of prostitution, providing some of the minors with drugs, threatening harm to the minors if they refused to engage in sex and on at least one occasion choking a minor for doing so;

4.     that **Morrison**'s proffer did not rebut the presumption for detention created by 18 U.S.C. §3142(e)(3)(E);

5.     that by virtue of the foregoing findings **Morrison** would constitute a danger to the community if released; and

6.     that the credible evidence and information submitted establishes by clear and convincing evidence that there is no condition or combination of conditions which could be imposed upon **Morrison** by this Court to reasonably assure his appearance as required and the safety of any other person and the community if he were released.

It is, therefore, **ORDERED** that **Deadrian Quincy Morrison** be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further **ORDERED** that **Deadrian Quincy Morrison SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Deadrian Quincy Morrison** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas this ____18th____ day of November, 2016.

John R. Froeschner
United States Magistrate Judge